BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
Fiddlers Green LLC § Case No.: 24-33556-mvl-11
§
§
Debtor(s) §
§

# VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☒ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: November 7, 2024         /s/ Dan Blackburn
                               Dan Blackburn/President
                               Signer/Title

                               Debtor's Social Security/Tax ID No.

                               Joint Debtor's Social Security/Tax ID No.

Daniel C. Blackburn
P. O. Box 191088
Dallas, TX 75219


Denton County Tax Collector
1505 E. McKinney Street
Denton, TX 76209


Derek D. Rollins
Shackelford
9201 N. Central Exp. 4th Floor
Dallas, TX 75231


Fiddlers Green LLC
P. O. Box 191088
Dallas, TX 75219


Harmony Bank
1919 S. Shiloh Road
Garland, TX 75042


Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Lake Point Assisted Living, LLC
P. O. Box 191088
Dallas, TX 75219


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996